FRANK SUTER v.
SAN ANGELO FOUNDRY & MACHINE CO.

April 18, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. WALTER F. BARRY.

April 18, 1978. Petition for certification denied.

IN THE MATTER OF THE REVISION OF RATES FILED BY LAMBERTVILLE WATER COMPANY INCREASING THE RATES FOR WATER SERVICE. LAMBERTVILLE WATER COMPANY v. NEW JERSEY BOARD OF PUBLIC UTILITY COMMISSIONERS.

April 18, 1978. Petition for certification granted. (See 153 *N. J. Super.* 24).

. STATE OF NEW JERSEY v. HERBERT RUDY KLIX.

April 18, 1978. Petition for certification denied.

GEORGE B. MAC PHERSON v.
TOWNSHIP OF WEST MILFORD.

April 18, 1978. Petition for certification denied.